IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT NELSON CLIFTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-1353-M |
| | ) |
| THOMAS H. ALFORD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On January 11, 2012, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court dismiss this action as premature under *Heck*. Plaintiff was advised of his right to object to the Report and Recommendation by January 31, 2012. On January 20, 2012, plaintiff filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 11, 2012 [docket 10], and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED** this 6th day of February, 2012.

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE